**FILED**

NOV 1 2022

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **In the Matter of the Search of** ) <br> USPS Priority Mail parcel **9505 5161 8462 2299** ) <br> **5106 97** was addressed to "zaereyen Gregory ) <br> 2493 soundview ct Florissant, MO 63031" and ) <br> addressed from: "Alex Gregory 234 s Figueroa st ) <br> Los Angeles, CA 90012" ) | No. 4:22 MJ 5253 NAB <br><br> **FILED UNDER SEAL** |

## GOVERNMENT'S MOTION FOR ORDER UNSEALING DOCUMENTS

COMES NOW the United States of America, by and through Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Nathan Chapman Assistant United States Attorney for said District, and moves the Court for an order directing the Clerk of the District Court, without further notice to the government, to unseal the search warrant(s) along with the application, affidavit, return and other related documents filed in this matter, following the passage of 14 days from the date of this Motion.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney


  /s/Nathan Chapman
NATHAN CHAPMAN #60978MO
Assistant United States Attorney

Signed this      1st       day of November, 2022.